FLOOD & CONKLIN COMPANY, a Foreign Corporation, Appellant, v. SAMUEL HYMAN, Trading under the Name and Style of ELGIN CABINET COMPANY, Respondent.— Determination of the Appellate Term and judgment and order of the City Court reversed and a new trial ordered, with costs in all courts to the

---

* Affd., 251 N. Y. ——.

appellant to abide the event, on the ground that the finding of the jury was against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.